IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAMELA WHITE,

                                                                              ORDER

                  Plaintiff,

                                                                            08-cv-683-bbc

       v.

MBLOX, INC., and
M-QUBE, INC.,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A status conference was held in this case by telephone on February 17, 2010. Counsel advised the court that the settlement hearing in the state court involving M-Qube, Inc., will take place on February 24, 2010. As to the state court case involving Mblox, Inc., a settlement has been given tentative approval in the state court.

      Counsel asked the court for an extension until May before dismissing this case. This will give them time to complete the state court proceedings. The request was granted. A telephone status conference will be held at 8:30 a.m. on Wednesday, May 12, 2010. The hearing will be canceled if, before that time, counsel advise the court that this case can be

1

dismissed in its entirety.

      Entered this 18th day of February, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge